IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOVIAN O. OLIVER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 3:19CV783–HEH |
| ) | |
| MR. ADCOCK, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on November 15, 2019, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On December 20, 2019, the United States Postal Service returned a December 13, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT HERE." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
SENIOR UNITED STATES DISTRICT JUDGE

Date: Jan. 15, 2020
Richmond, Virginia